No. M–31. WALLER v. PERRY, SECRETARY OF DEFENSE. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. M–32. BILLY-EKO v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 95–2031. YOUNG ET AL. v. FORDICE ET AL. D. C. S. D. Miss. [Probable jurisdiction noted, 518 U. S. 1055.] Motion of appellees Kirk Fordice et al. to exclude the United States as a party in the case granted without prejudice to the Acting Solicitor General filing a brief as *amicus curiae* for the United States.

No. 96–370. BAY AREA LAUNDRY AND DRY CLEANING PENSION TRUST FUND v. FERBAR CORPORATION OF CALIFORNIA, INC., ET AL. C. A. 9th Cir. Motions of National Coordinating Committee for Multiemployer Plans and Central States, Southeast and Southwest Areas Pension Fund for leave to file briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 96–437. CHRISTIANS, TRUSTEE v. CRYSTAL EVANGELICAL FREE CHURCH. C. A. 9th Cir. Motion of Minnesota Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 95–8942. SHOEMAKER v. CALIFORNIA ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–9302. MCCARTHY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–90. REGENTS OF THE UNIVERSITY OF CALIFORNIA v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–234. STURM, RUGER & CO., INC. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.